DOTHAN NATIONAL BANK V. WIGGINS.

*Assumpsit.*

(Decided April 28, 1906.   40 So. Rep. 967.)

APPEAL from Houston Circuit Court.

Heard before HON. A. H. ALSTON.
R. D. CRAWFORD, for appellant.
ESPY & FARMER, for appellee.
Affirmed.
Opinion by Denson, J.
HARALSON, DOWDELL and ANDERSON, JJ., concur.